UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **VARWIG, SCOTT A** | ) | Bankruptcy Case No. 17-21263 ABG |
| | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on _November 8, 2018 I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

VARWIG, SCOTT A
154 HARBOR DRIVE
BARRINGTON, IL 60010

,

ILENE F. GOLDSTEIN
900 Skokie Blvd
Suite 128
Northbrook, IL 60062

LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED
900 Skokie Blvd
Suite 128
Northbrook, IL 60062

LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED
900 Skokie Blvd
Suite 128
Northbrook, IL 60062

1      TD Bank, USA
by American InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118

2       Capital One, N.A.
        PO Box 71083
        Charlotte, NC 28272-1083

3       American Express National Bank
        c/o Becket and Lee LLP
        PO Box 3001
        Malvern, PA 19355-0701

4       US DEPARTMENT OF EDUCATION
        CLAIMS FILING UNIT
        PO BOX 8973
        MADISON, WI 53708-8973

5       Quantum3 Group LLC as agent for
        Velocity Investments LLC
        PO Box 788
        Kirkland, WA 98083-0788

6       Directv, LLC
        by American InfoSource LP as agent
        4515 N Santa Fe Ave
        Oklahoma City, OK 73118

7       Comenity Capital Bank/Paypal Credit
        c/o Weinstein & Riley, PS
        2001 Western Ave., Ste 400
        Seattle, WA 98121

/s/ ILENE F. GOLDSTEIN

Chapter 7 Trustee
ILENE F. GOLDSTEIN, Trustee
900 Skokie Blvd
Suite 128
Northbrook, IL 60062
Phone: (847) 562-9595
Fax: (847) 564-8402