**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: VARWIG, SCOTT A    § Case No. 17-21263
§
§
Debtor(s)    §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

ILENE F. GOLDSTEIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $8,102.35                        Assets Exempt: $8,076.11
*(without deducting any secured claims)*

Total Distribution to Claimants: $4,814.79         Claims Discharged
                                                   Without Payment: $174,303.77

Total Expenses of Administration: $5,185.21

---

3) Total gross receipts of $ 10,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $10,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,185.21 | 5,185.21 | 5,185.21 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 179,118.56 | 179,118.56 | 4,814.79 |
| **TOTAL DISBURSEMENTS** | $0.00 | $184,303.77 | $184,303.77 | $10,000.00 |

4) This case was originally filed under Chapter 7 on July 18, 2017. The case was pending for 20 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/03/2019          By: /s/ILENE F. GOLDSTEIN
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| TRUSTEE AVOIDING POWER 87; 89 Porsche | 1229-000 | 10,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$10,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | None | | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - ILENE F. GOLDSTEIN | 2100-000 | N/A | 1,750.00 | 1,750.00 | 1,750.00 |
| Attorney for Trustee Fees (Trustee Firm) - LAW OFFICES OF ILENE F. GOLDSTEIN, | 3110-000 | N/A | 3,290.00 | 3,290.00 | 3,290.00 |
| Attorney for Trustee Expenses (Trustee Firm) - LAW OFFICES OF ILENE F. GOLDSTEIN, | 3120-000 | N/A | 66.87 | 66.87 | 66.87 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 11.02 | 11.02 | 11.02 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 15.80 | 15.80 | 15.80 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 13.86 | 13.86 | 13.86 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 15.28 | 15.28 | 15.28 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 14.77 | 14.77 | 14.77 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 7.61 | 7.61 | 7.61 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $5,185.21 | $5,185.21 | $5,185.21 |

### EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | TD Bank, USA | 7100-000 | N/A | 11,201.92 | 11,201.92 | 301.11 |
| 2 | Capital One, N.A. | 7100-000 | N/A | 4,203.97 | 4,203.97 | 113.00 |
| 3 | American Express National Bank | 7100-000 | N/A | 5,040.00 | 5,040.00 | 135.48 |
| 4 | US DEPARTMENT OF EDUCATION | 7100-000 | N/A | 151,939.35 | 151,939.35 | 4,084.20 |
| 5 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 3,245.06 | 3,245.06 | 87.23 |
| 6 | Directv, LLC | 7100-000 | N/A | 584.63 | 584.63 | 15.72 |
| 7 | Comenity Capital Bank/Paypal Credit | 7100-000 | N/A | 2,903.63 | 2,903.63 | 78.05 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $179,118.56 | $179,118.56 | $4,814.79 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-21263  
**Case Name:** VARWIG, SCOTT A

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 07/18/17 (f)  
**§341(a) Meeting Date:** 08/17/17

**Period Ending:** 04/03/19  
**Claims Bar Date:** 05/10/18

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2003 Honda Odyssey 170000 miles Location: 154 Ha | 1,250.00 | 0.00 | | 0.00 | FA |
| 2 | 2006 Mazda 6 100000 miles Location: 154 Harbor D | 1,250.00 | 0.00 | | 0.00 | FA |
| 3 | Household goods, furniture Location: 154 Harbor | 750.00 | 0.00 | | 0.00 | FA |
| 4 | Books, pictures, art objects, records, compact d | 25.00 | 0.00 | | 0.00 | FA |
| 5 | Miscellaneous clothing Location: 154 Harbor Driv | 50.00 | 0.00 | | 0.00 | FA |
| 6 | Cash Location: 154 Harbor Drive, Barrington IL 6 | 22.50 | 0.00 | | 0.00 | FA |
| 7 | Checking: JP Morgan Chase Bank Location: 10 Sout | 759.85 | 0.00 | | 0.00 | FA |
| 8 | Savings: JP Morgan Chase Bank Location: 10 South | 643.08 | 0.00 | | 0.00 | FA |
| 9 | IRA: Capital One 360 IRA Account Location: P.O. | 302.53 | 0.00 | | 0.00 | FA |
| 10 | IRA: Scottrade Location: 530 N. Hough St., Ste. | 16.29 | 0.00 | | 0.00 | FA |
| 11 | Capital 1 accounts | 9.95 | 0.00 | | 0.00 | FA |
| 12 | IRA: Scottrade 3 accounts | 3,023.15 | 0.00 | | 0.00 | FA |
| 13 | TRUSTEE AVOIDING POWER 87; 89 Porsche  (u) | 18,000.00 | 18,000.00 | | 10,000.00 | FA |
| 14 | IRA Capitol 1  (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| **14** | **Assets    Totals** (Excluding unknown values) | **$26,102.35** | **$18,000.00** | | **$10,000.00** | **$0.00** |

RE PROP# 14    Duplicate asset impoted

**Major Activities Affecting Case Closing:**

Status: The Debtor may have made avoidable Transfers of two vehicles. The UST is also looking at 707 issues.

The Trustee is negotiaying a resolution to the transfers

STATUS JANUARY 2019  TFR filed 11/08/2018  Final Hearing 12/07/2018  Waiting for one check to clear

**Initial Projected Date Of Final Report (TFR):**     December 31, 2018          **Current Projected Date Of Final Report (TFR):**     November 8, 2018  (Actual)

## Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 17-21263 | Trustee: | ILENE F. GOLDSTEIN (330290) |
| --- | --- | --- | --- |
| Case Name: | VARWIG, SCOTT A | Bank Name: | Rabobank, N.A. |
| | | Account: | ******1366 - Checking Account |
| Taxpayer ID #: | **-***7910 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 04/03/19 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/04/18 | {13} | Chase Cashiers check  Scott Varwig | Settlenet of claims | 1229-000 | 10,000.00 | | 10,000.00 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.02 | 9,988.98 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.80 | 9,973.18 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.86 | 9,959.32 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.28 | 9,944.04 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.77 | 9,929.27 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 7.61 | 9,921.66 |
| 12/16/18 | 101 | ILENE F. GOLDSTEIN | Dividend paid 100.00% on $1,750.00, Trustee Compensation;  Reference: | 2100-000 | | 1,750.00 | 8,171.66 |
| 12/16/18 | 102 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $3,290.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 3,290.00 | 4,881.66 |
| 12/16/18 | 103 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $66.87, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 66.87 | 4,814.79 |
| 12/16/18 | 104 | TD Bank, USA | Dividend paid  2.68% on $11,201.92; Claim# 1; Filed: $11,201.92; Reference: | 7100-000 | | 301.11 | 4,513.68 |
| 12/16/18 | 105 | Capital One, N.A. | Dividend paid  2.68% on $4,203.97; Claim# 2; Filed: $4,203.97; Reference: | 7100-000 | | 113.00 | 4,400.68 |
| 12/16/18 | 106 | American Express National Bank | Dividend paid  2.68% on $5,040.00; Claim# 3; Filed: $5,040.00; Reference: | 7100-000 | | 135.48 | 4,265.20 |
| 12/16/18 | 107 | US DEPARTMENT OF EDUCATION | Dividend paid  2.68% on $151,939.35; Claim# 4; Filed: $151,939.35; Reference: | 7100-000 | | 4,084.20 | 181.00 |
| 12/16/18 | 108 | Quantum3 Group LLC as agent for | Dividend paid  2.68% on $3,245.06; Claim# 5; Filed: $3,245.06; Reference: | 7100-000 | | 87.23 | 93.77 |
| 12/16/18 | 109 | Directv, LLC | Dividend paid  2.68% on $584.63; Claim# 6; Filed: $584.63; Reference: | 7100-000 | | 15.72 | 78.05 |
| 12/16/18 | 110 | Comenity Capital Bank/Paypal Credit | Dividend paid  2.68% on $2,903.63; Claim# 7; Filed: $2,903.63; Reference: | 7100-000 | | 78.05 | 0.00 |
| | | | ACCOUNT TOTALS | | 10,000.00 | 10,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 10,000.00 | 10,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $10,000.00 | $10,000.00 | |

{} Asset reference(s)

Printed: 04/03/2019 11:48 AM    V.14.50

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| **Case Number:** | 17-21263 | | **Trustee:** | ILENE F. GOLDSTEIN (330290) |
| --- | --- | --- | --- | --- |
| **Case Name:** | VARWIG, SCOTT A | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******1366 - Checking Account |
| **Taxpayer ID #:** | **-***7910 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 04/03/19 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |

|  | TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- | --- |
|  | **Checking # ******1366** | 10,000.00 | 10,000.00 | 0.00 |
|  |  | $10,000.00 | $10,000.00 | $0.00 |

{} Asset reference(s)

Printed: 04/03/2019 11:48 AM    V.14.50